UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10050 CR-MARTINEZ

8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(iv)
18 U.S.C. § 982(a)(6)(A)

MAGISTRATE JUDGE
BROWN

UNITED STATES OF AMERICA

vs.

DUBIERKIS ALMEIDA-MOREJON
and
ERNESTO DIAZ-RODRIGUEZ,

Defendants.
_____/



REC'D by _____ D.C.
JUN 2 7 2008
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. - KEY WEST

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about February 23, 2007, upon the high seas and out of the jurisdiction of any particular State or district, and elsewhere, with Monroe County, in the Southern District of Florida, being the district to which the offenders were first brought, the defendants,

**DUBIERKIS ALMEIDA-MOREJON**
**and**
**ERNESTO DIAZ-RODRIGUEZ,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and other persons unknown to the Grand Jury, to commit an offense against the United States, that is, to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

## COUNTS 2-33

On or about February 23, 2007, upon the high seas and out of the jurisdiction of any particular State or district, with Monroe County, in the Southern District of Florida, being the district to which the offenders were first brought, the defendants,

**DUBIERKIS ALMEIDA-MOREJON
and
ERNESTO DIAZ-RODRIGUEZ,**

did knowingly encourage and induce an alien, as to each count below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Alien |
| --- | --- |
| 2 | L.M.A.G. (a minor) |
| 3 | J.C.P.A. (a minor) |
| 4 | Yaima Gonzalez-Gonzalez |
| 5 | Yamila Jimenez Moreno |
| 6 | E.P.A. (a minor) |
| 7 | Odalys Alfonso-Rodriguez |
| 8 | Dianelys Fernandez-Morales |
| 9 | Oleyda Diaz-Rodriguez |
| 10 | Jinet Garcia-Pedroso |
| 11 | Y.A.M. (a minor) |
| 12 | Maricel Gomez-Menendez |
| 13 | J.G.C. (a minor) |
| 14 | Marta Caridad Morejon Alfonso |

| Count | Alien |
|-------|-------|
| 15 | Yusimi Carvajal Alvarez |
| 16 | Maria Caridad Rivero-Silva |
| 17 | Rodolfo Jesus Hernandez-Diaz |
| 18 | Seren Domingo Garcia Morejon |
| 19 | Carlos Ponte-Morejon |
| 20 | Orisley Almeida-Fernandez |
| 21 | Ariel Caraballo Moreno |
| 22 | Jose Antonio Galindo Garcia |
| 23 | Roniel Genis-Perez |
| 24 | Reyte Daniel-Serano |
| 25 | Amaurys Cuesta-Catanera |
| 26 | Osmany Almeida-Alfonso |
| 27 | Yudier Contreras Ruiz |
| 28 | Jorge Galban-Carvajal |
| 29 | Denys Luis-Alfonso |
| 30 | Duniesky Almeida-Morejon |
| 31 | Jorge Luis Martinez-Garcia |
| 32 | Juan Ramon Hernandez-Hernandez |
| 33 | Jorge Galban Marquez |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), and Title 18, United States Code, Section 2.

## **CRIMINAL FORFEITURE**

The allegations of Counts 1 through 33 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants has an interest, pursuant to the provisions of Title 18, United States Code, Section 982(a)(6)(A), and the procedures set forth in Title 21, United States Code, Section 853 as incorporated by Title 18, United States Code, Section 982(b)(1).

Upon conviction of any of the offenses alleged in Counts 1 through 33 of this Indictment, defendants, **DUBIERKIS ALMEIDA-MOREJON and ERNESTO DIAZ-RODRIGUEZ**, shall forfeit to the United States: (1) any property, real or personal, constituting or derived from or traceable to proceeds obtained directly or indirectly from the commission of the aforestated offenses; and (2) any property, real or personal, including any conveyance used or intended to be used to facilitate the commission of the aforesaid offenses.

All pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853.

A TRUE BILL.

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
RUSS BROWN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendants' Name** <u>DUBIERKIS ALMEIDA-MOREJON</u>

Case No: _____

Count: 1

<u>Conspiracy to Encourage and Induce Aliens to Enter the United States</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)</u>

**\* Max. Penalty**: <u>Ten years' imprisonment</u>

Counts: 2-33

<u>Encouraging and Inducing Aliens to Enter the United States</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(iv)</u>

**\* Max. Penalty**: <u>Five years' imprisonment</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendants' Name **ERNESTO DIAZ-RODRIGUEZ**

Case No: _____

Count: 1

Conspiracy to Encourage and Induce Aliens to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

\* Max. Penalty: Ten years' imprisonment

Counts: 2-33

Encouraging and Inducing Aliens to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv)

\* Max. Penalty: Five years' imprisonment

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

DUBIERKIS ALMEIDA-MOREJON and
ERNESTO DIAZ-RODRIGUEZ,

                Defendants.
_____/

CASE NO. 08-10050-CR-MARTINEZ
MAGISTRATE JUDGE BROWN

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division**: (Select One)

___ Miami    X Key West
___ FTL    ___ WPB    ___ FTP

New Defendant(s)   Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   2-3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)                         (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)   No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes   X   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes   X   No

                                                _____
                                                RUSS BROWN
                                                SPECIAL ASSISTANT UNITED STATES ATTORNEY
                                                Court ID No. A5501216

*Penalty Sheet(s) attached*

REC'D by _____ D.C.
JUN 2 7 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - KEY WEST

REV 4/8/08